doecpl

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE and<br>JOHN DOE,<br><br>    Defendants. | MAGISTRATE CASE NO. 05-00014<br><br>**COMPLAINT**<br><br>THEFT OF GOVERNMENT PROPERTY<br>[18 U.S.C. §641]<br>ENTERING MILITARY PROPERTY<br>[18 U.S.C. § 1382] |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

**COUNT 1 - THEFT OF GOVERNMENT PROPERTY**

On or about the 17th day of April, 2005, in the District of Guam, the defendants JOHN DOE and JOHN DOE, wilfully and knowingly did steal and purloin water pipes, and water heaters, of a value less than $1,000.00, the goods and property of the United States, in violation of 18 U.S.C. 641.

**COUNT 2 - ENTERING MILITARY PROPERTY**

On or about the 17th day of April, 2005, in the District of Guam, the defendants, JOHN DOE and JOHN DOE, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to

engage in conduct in violation of Title 18, United States Code, Section 641, in violation of 18 U.S.C. 1382.

COMPLAINANT FURTHER STATES:

1. My name is John M. Chandler, I am a Security Forces Officer, with the rank of Staff Sergeant with the United States Air Force.

2. I have been a Security Forces Officer for 9 years and I manage physical security and resource protection for 1,489 buildings and Protection Level (PL) II, III and IV resources worth $18 billion dollars, spread over 20,000 acres. I direct supervision of 33 personnel, conduct guard mount, enforce standards, conduct post checks and manage law enforcement operational procedures. I also manage flight appointments, assigns duties, reviews incident reports, desk blotters, identify security deficiencies and cross-flow solutions to patrols. As part of my duties, I plan on-the-job training, qualification and certification for all security posts. I am responsible for enforcing base instructions, interviewing witnesses and suspects, investigating accidents, supervising alarm activation responses and other emergencies. I further supervise investigations according to provisions of legal authority, jurisdiction, use of force, search and seizure, rights advisement policies and antiterrorism (AT) countermeasures for all United States resources. In that capacity, I attest to the following:

3. On 17 April 2005, I was on duty as the shift Non-Commissioned Officer in charge and went to patrol Andersen AFB, South with SSgt Banes.

4. At approximately 1010, I along with SSgt Banes entered Andersen South Housing to perform a random check of the vacant military housing and dormitory area.

5. At approximately 1050, I witnessed a person wearing a blue in color T-shirt and blue jeans, running away from one of the houses in the area. SSgt Banes and I attempted to pursue and intercept the individual but the individual fled into the overgrown jungle surrounding the houses.

6. At approximately the same time, SSgt Banes heard a loud banging sound coming from one of the vacant housing units approximately 35 meters from his location.

7. SSgt Banes and I covered the entry and exit points of the quarters and challenged the individuals inside the housing unit. A person wearing a pink in color shirt and blue jeans

attempted to exit the second floor of the house when I ordered him to halt. This person ducked back into the residence in an attempt to flee the scene, and eventually escaped.

8. I approached the building when a person later possibly identified as Mr. James Kirachy jumped from the second floor window attempting to flee the scene. I immediately restrained and applied hand cuffs to the person identifying himself as James Kirachy. I escorted the person identifying himself as James Kirachy and placed him in the back of a Security Forces patrol car. 7. SSgt Banes and I again approached the residence and began to tactically clear the quarters. At 1110, I declared the residence cleared with negative findings.

9. At 1115, SSgt Ashworth arrived on scene and assisted with a grid search of the area for the two Subjects who had fled the scene. The search met with negative findings.

10. I along with SSgts Ashworth and Hennesey conducted a sweep for evidence and discovered (4) copper pipes, (2) aluminum siding bundles weighing approximately 70lbs, and two water heaters prepared for transportation from Andersen AFB, South, along with two crowbars apparently used for stripping the water pipes, aluminum siding and water heaters from the walls.

11. SSgt Banes transported the person who identified himself as James Kirachy to the Andersen Security Forces Control Center (ASFCC) for processing a Security Forces vehicle. Upon departing the scene SSgt Banes noticed a blue in color Nissan pickup, Guam license plate 4177-PDE, stopped along the road adjacent to Andersen South Housing with one occupant sitting in the passenger seat. SSgt Banes noticed the passenger gesturing to someone in the jungle about the Police presence. SSgt Banes drove past the vehicle and turned around at the first opportunity. SSgt Banes noticed the vehicle turning right onto a grassy telephone road and followed, requesting SSgt Ashworth back him up. SSgt Banes and SSgt Ashworth pulled up behind the vehicle and initiated a traffic stop. The driver, who later identified himself as Ricky Kirachy attempted to get out of the vehicle. SSgt BANES advised the person to stay in the vehicle repeatedly and after the third time, the person identify himself as Ricky Kirachy attempted to flee the scene on foot. SSgt Banes initiated a challenge and placed the person at a disadvantage on the ground. I arrived on scene and noticed the vehicle was loaded with more of the aluminum

and window shutter bundles, which were apparently also taken from Andersen AFB, South. The person identifying himself as Ricky Kirachy stated there was another passenger in the vehicle but he fled into the jungle

12. SSgt Banes attempted to positively identify the person known as Ricky Kirachy via driver's license. But the person identifying himself as Ricky Kirachy stated his driver's license had been suspended, therefore he did not carry it on his person. The person identifying himself as Ricky Kirachy was detained by SSgt Ashworth and placed in a Security Forces vehicle. Six (6) additional bundles of scrap metal were found in the grass near the vehicle that was operated by the person identifying himself as Ricky Kirachy and also appeared to have been stripped from housing on Andersen AFB, South.

13. A check via the Criminal Justice Information System revealed James and Ricky Kirachy are the same person. James Kirachy was identified as the primary name and Ricky Kirachy was identified as an alias for James Kirachy. When asked for their dates of birth and social security numbers on different occasions, they gave different social security numbers aand different dates of birth each time asked.

14. Therefore, we had two John Does who gave contradicting names, multiple social security numbers and multiple dates of birth. Neither of these persons had identification on their person. No positive identification was available for either of the persons apprehended. Both the persons identifying themselves as both James Kirachy and Ricky Kirachy were given an opportunity to provide identification and allowed to make telephone calls to obtain identification. Neither of these persons were able to produce any identification whatsoever. Their identities remain unknown and are unable to be determined as of this date and time of this affidavit.

15. Later, a relative of one of the John Does provided an identification card with the name: "James Kirachki" which did not match the spelling of the name provided by the John Doe.

//
//
//
//

1  Further, the name provided by the John Doe had a criminal history which the person admitted,
2  the name of the identification card did not have a criminal record.
3      AFFIANT FURTHER SAYETH NAUGHT.
4      DATED this 17th day of April 2005.

                                      John M. Chandler, SSgt, USAF
                                      Security Forces Officer

10  SUBSCRIBED AND SWORN TO before me on this 17th day of April 2005.

                                      JOAQUIN V.E. MANIBUSAN, JR.
                                      Magistrate Judge
                                      District Court of Guam