AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Guam _____

FILED
DISTRICT COURT OF GUAM
APR 18 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

JOHN DOE

**WARRANT FOR ARREST**

Case Number: Magistrate Case No. 05-00014

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN DOE _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

THEFT OF GOVERNMENT PROPERTY AND ENTERING MILITARY PROPERTY

in violation of Title 18, United States Code § 641 and Title 18 United States Code § 1382

| JOAQUIN V.E. MANIBUSAN, JR. | _signature_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | APRIL 17, 2005 - HAGATNA, GUAM |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Anderson AFB, Yigo, Guam (Ricky Kirachky)

| DATE RECEIVED 4/17/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/18/05 | John Curry J.C. | _signature_ |

Case 1:05-mj-00014  Document 2  Filed 04/18/2005  Page 1 of 1