AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of _____ Guam _____

FILED
DISTRICT COURT OF GUAM
APR 18 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

JOHN DOE

**WARRANT FOR ARREST** ③

Case Number: Magistrate Case No. 05-00014

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN DOE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

THEFT OF GOVERNMENT PROPERTY AND ENTERING MILITARY PROPERTY

in violation of Title 18, United States Code § 641 and Title 18 United States Code § 1382

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

APRIL 17, 2005 · HAGATNA, GUAM
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Anderson AFB, Yigo, Guam (James Kirachki)

| DATE RECEIVED 4/17/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry J.C. GIDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/18/05 | | |