



# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JOHN DOE aka JAMES KIRACHKY and JOHN DOE aka RICKY KIRACHKY,**<br><br>    Defendants. | MAGISTRATE<br>CRIMINAL CASE NO. 05-00014<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **JOHN DOE aka JAMES KIRACHKY** and **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant **JOHN DOE aka RICKY KIRACHKY** in the above-entitled case.

Dated this 18TH day of April, 2005.

/s/ JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM