JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
JAMES KIRACHKI



**FILED**
DISTRICT COURT OF GUAM

MAY - 9 2005 µo⁄

**MARY L.M. MORAN
CLERK OF COURT**



## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Mag. No. 05-00014 |
| | ) |
| Plaintiff, | )  NOTICE OF INTENT TO CHANGE PLEA |
| | )  AND REQUEST FOR HEARING; |
| vs. | )  CERTIFICATE OF SERVICE |
| | ) |
| JOHN DOE a/k/a JAMES KIRACHKI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING

      Defendant, James Kirachki , by and through his attorney of record, Kim Savo,

Assistant Federal Public Defender, hereby submits Notice of Intent to Change Plea From Not Guilty

to Guilty. Defendant further requests that a hearing on said Change of Plea be scheduled for a time

and date convenient to the court.

DATED: Mongmong, Guam, May 4, 2005.

_____
KIM SAVO
Attorney for Defendant
JAMES KIRACHKI

IT IS SO ORDERED that defendant be permitted to change his plea from not guilty

to guilty on __Wednesday, May 11__, 2005 at __10:15 am__



JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam

RECEIVED
MAY - 5 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing

document was duly mailed and/or hand-delivered to the following on May 4, 2005:

> JOSEPH TOCK
> Assistant United States Attorney
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam  96910
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Mongmong, Guam, May 4, 2005.

_____
RENATE DOEHL
Legal Secretary to

KIM SAVO
Attorney for Defendant
JAMES KIRACHKI