**FILED**

DISTRICT COURT OF GUAM

MAY 1 1 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES

**CASE NO. MG-05-00014**          **DATE: 05/11/2005**          TIME: 11:06 a.m.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**

Court Recorder: Jamie Phelps
Hearing Electronically Recorded: 11:06:52 - 11:24:30

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: D. Quinata / N. Edrosa

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

(13)

**DEFT: JAMES KIRACHKY**

( X ) PRESENT  (  ) CUSTODY  ( X ) BOND  (  ) P.R.

**ATTY : KIM SAVO**

( X ) PRESENT (  ) RETAINED ( X ) FPD (  ) CJA APPOINTED

**U.S. ATTORNEY: THOMAS SHELDON**

**AGENT:**

**U.S. PROBATION: JOHN SAN NICOLAS**

**U.S. MARSHAL: S. LUJAN**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:    CHANGE OF PLEA**

(  ) COMPLAINT READ TO DEFENDANT
(  ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: _33_    HIGH SCHOOL COMPLETED: _8th Grade_
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
(  ) REMOVAL/IDENTITY HEARING (  ) CONDUCTED (  ) WAIVED (  ) SET FOR:_____ at _____
(  ) WARRANT OF REMOVAL ISSUED
(  ) GOV'T SUMMARIZES THE EVIDENCE    (  ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(  ) DEFENDANT WAIVES READING OF (  ) COMPLAINT  (  ) INFORMATION  (  ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY* TO: _COUNT I (Theft of Government Property) and COUNT II (Entering Military Property)_
(  ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(  ) PLEA AGREEMENT FILED: _NO WRITTEN PLEA_ PLEA: ( X ) *ACCEPTED* (  ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: _AUGUST 10, 2005_ at _10:30 A.M._  (  ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: _JULY 6, 2005_
(  ) PRELIMINARY EXAMINATION SET FOR: _____
(  ) ARRAIGNMENT SET FOR: _____ at _____
(  ) TRIAL SET FOR: _____.

PROCEEDINGS CONTINUED TO: _____ at _____
(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(  ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (  )*PROCESSING* (  )*DETENTION*
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Defendant consented to have his case heard by a U.S. Magistrate Judge. Defendant entered his plea of**

**guilty without a written plea agreement.**

USPD
ACKNOWLEDGED RECEIPT

By: _____
Date: _5-11-05_