JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734
Counsel for Defendant RICKY S. KIRACHKY

FILED
DISTRICT COURT OF GUAM

JUN - 3 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. **05-00014** |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING; [~~PROPOSED~~] ORDER; AND CERTIFICATE OF SERVICE** |
| RICKY S. KIRACHKY, | ) | |
| Defendant. | ) | |

COMES NOW, Defendant RICKY S. KIRACHKY, by and through his counsel of record, Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and hereby submits his notice of intent to change plea from not guilty to guilty.

Defendant further requests that a hearing on said Change of Plea be scheduled for a date and time convenient to the Court and counsel.

Dated at Hagåtña, Guam: June 2, 2005.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant

_____
JOAQUIN C. ARRIOLA, JR.

### O R D E R

IT IS HEREBY ORDERED that the above-captioned matter will come on for hearing on June 10, 2005, at 11:00 a.m., for Defendant's Change of Plea.

SO ORDERED this _3rd_ day of June, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

RECEIVED
JUN - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## CERTIFICATE OF SERVICE

I, JOAQUIN C. ARRIOLA, JR., hereby certify that on June 3, 2005, a copy of Defendant's Notice of Intent to Change Plea and Request for Hearing; [Proposed] Order; and Certificate of Service, was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

>JOSEPH TOCK, ESQ.
>Assistant U.S. Attorney
>United States Attorney's Office
>Criminal Division
>Suite 500, Sirena Plaza
>108 Hernan Cortez Avenue
>Hagåtña, Guam 96910;

Dated at Hagåtña, Guam: June 3, 2005.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant

_____
JOAQUIN C. ARRIOLA, JR.

2