1  RKirachky.APR

2  LEONARDO M. RAPADAS
   United States Attorney
3  JOSEPH TOCK
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG - 2 2005

MARY L.M. MORAN
CLERK OF COURT

8

9  **IN THE UNITED STATES DISTRICT COURT**

   **FOR THE TERRITORY OF GUAM**

10

11 UNITED STATES OF AMERICA,            )    MAGISTRATE CASE NO. 05-00014-002
                                        )
12            Plaintiff,                )
                                        )
13       vs.                            )    **GOVERNMENT'S STATEMENT**
                                        )    **ADOPTING FINDINGS OF**
14 RICKY SEIKO KIRACHKY,                )    **PRESENTENCE REPORT**
                                        )
15            Defendant.                )
   _____)

16

17

       Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the
18
   Presentence Report for the above defendant.
19
       Respectfully submitted this 1st day of August, 2005.
20
                                                 LEONARDO M. RAPADAS
21                                               United States Attorney
                                                 Districts of Guam and NMI
22

23                                        By:    _____
                                                 JOSEPH TOCK
24                                               Special Assistant U.S. Attorney

25

26

27

28                                          -1-

ORIGINAL

# CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on August 1, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Ricky Seiko Kirachky</u>, Magistrate Case No. 05-00014-002 to the following counsel:

> Joaquin C. Arriola, Jr.
> ARRIOLA, COWAN & ARRIOLA
> C&A Building, Suite 201
> 259 Martyr Street
> Hagatna, Guam 96910
>
> FAX: 477-9734

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

- 2 -