

**FILED**
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00014 |
| Plaintiff, ) | |
| vs. ) | |
| RICKY KIRACHKY, ) | **ORDER** |
| Defendant. ) | |

Due to the scheduling needs of the Court, the sentencing hearing, presently set for August 30, 2005, is hereby moved to Monday, September 12, 2005 at 10:00 a.m.

SO ORDERED this 29th day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge