# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Ricky Kirachky,<br><br>　　　　　Defendant. | Case No. 1:05-mj-00014<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed August 29, 2005*, on the dates indicated below:

*U.S. Attorney's Office   Joaquin C. Arriola, Jr.   U.S. Probation Office   U.S. Marshal Service*
*August 29, 2005          August 29, 2005           August 29, 2005         August 29, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed August 29, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 29, 2005　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk