| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Ricky Kirachky,<br><br>　　　　　Defendant. | Case No. 1:05-mj-00014<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry of Order, filed September 14, 2005* on the dates indicated below:

*U.S. Attorney's Office*　　　　　　　　　　*Joaquin C. Arriola, Jr.*
*September 14, 2005*　　　　　　　　　　　*September 14, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry of Order, filed September 14, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk