# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Ricky Kirachky,<br><br>          Defendant. | Case No. 1:05-mj-00014-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed September 14, 2005*, on the dates indicated below:

*U.S. Attorney's Office   Joaquin C. Arriola, Jr.   U.S. Probation Office   U.S. Marshal Service*
*September 14, 2005   September 14, 2005   September 14, 2005   September 15, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed September 14, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 15, 2005                     /s/ Marilyn B. Alcon
                                                              Deputy Clerk