FILED
DISTRICT COURT OF GUAM
SEP 20 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>         Plaintiff, ) <br> vs. ) <br> ) <br> RICKY S. KIRACHKY ) <br>         Defendant. ) <br> _____ ) | MAGISTRATE CASE NO. 05-00014-002 <br><br> APPLICATION AND ORDER FOR RELEASE OF CERTIFICATE OF LIVE BIRTH, TRUK-1230-85 |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the Certificate of Live Birth held by the Court as a condition of the defendant's release on bond.

Dated this 16th day of September 2005.

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

### ORDER

On the application of U.S. Probation Officer Carmen D. O'Mallan, Clerk of Court is hereby ordered to release the Certificate of Live Birth belonging to the defendant, Ricky S. Kirachky.

Dated this 20th day of September 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
SEP 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL